AMY HO
1338 Stockton Street, Apt. 47
San Francisco, CA 94133

Plaintiff in Pro Per

RECEIVED
2011 JAN 21 P 2: 39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMY HO,

Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

Defendant

CIVIL NO. 10-01361-JCS

STIPULATION EXTENDING TIME FOR
FILING MOTION FOR SUMMARY
JUDGMENT OR REMAND

The parties hereto, by and through their undersigned attorneys hereby stipulate that Plaintiff, Amy Ho, shall have an additional ninety days, through April 29, 2011, in which to file and serve a motion for summary judgment or remand in this action. This extension is necessary to permit Plaintiff to find an attorney to represent her in this matter.

Dated: 1/19/11           By: Amy Ho
                              Plaintiff in Pro Per

Dated: 1/20/11           By: Leslie Alexander
                              United States Attorney
                              Special Assistant United States Attorney

SO ORDERED
Dated: 1/24/11           By: _____
                              United States Magistrate Judge
                              Judge Joseph C. Spero

STIPULATION EXTENDING TIME; CASE NO. 10-01361-JCS

TOTAL P.002