1

2

3

4            UNITED STATES DISTRICT COURT

5           NORTHERN DISTRICT OF CALIFORNIA

6   AMY HO,                                    Case No.  C10-01361 JCS

7            Plaintiff(s),

8        v.                              **ORDER TO FILE MOTION FOR
                                         SUMMARY JUDGMENT**

9   MICHAEL J ASTRUE,

10           Defendant(s).
    _____/

11

12       IT IS HEREBY ORDERED THAT Defendant Michael J. Astrue shall file a Motion for

13   Summary Judgment within ninety (90) days.

14

15       IT IS SO ORDERED.

16

17

18

19   Dated:  March 21, 2012

20                                       _____
                                         JOSEPH C. SPERO
21                                       United States Magistrate Judge

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California