UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY HO,                                            Case No.  C10-01361 JCS

            Plaintiff(s),

    v.                                             **ORDER TO FILE MOTION FOR**
                                                   **SUMMARY JUDGMENT**

MICHAEL J ASTRUE,

            Defendant(s).
_____/

        IT IS HEREBY ORDERED THAT Defendant Michael J. Astrue shall file a Motion for

Summary Judgment within ninety (90) days.

        IT IS SO ORDERED.

Dated:  March 21, 2012

                                        _____
                                        JOSEPH C. SPERO
                                        United States Magistrate Judge